**UNDER SEAL, Plaintiffs—Appellants,**

**v.**

**UNDER SEAL, Defendants—Appellees.**

**No. 09–1970.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2010.

Decided: March 11, 2010.

Under Seal, Appellants Pro Se. Jason Patrick Foster, Steptoe & Johnson, LLP, Martinsburg, West Virginia, for Appellees.

Before NIEMEYER, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs appeal the district court's order denying their various motions for lack of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Under Seal v. Under Seal,* No. 3:09–cv–00028–JPB (N.D.W.Va. July 29, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*